UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL HEYWARD,

               Plaintiff,

      -against-

UNKNOWN OFFICERS WHO
TOOK/INVESTIGATED TERESA
MOULTRIE'S ACCUSATIONS AND
ISSUED I-CARD,

              Defendants.

25-cv-2060 (LTS)

CIVIL JUDGMENT

For the reasons stated in February 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 2, 2026
          New York, New York

                   /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
             Chief United States District Judge